Wigfield *v.* Overly Manufacturing Company et al., Appellants.

Argued November 13, 1968. Before WRIGHT, P. J., WATKINS, MONTGOMERY, JACOBS, HOFFMAN, SPAULDING, and HANNUM, JJ.

*Michael B. Kaleugher*, with him *Clem R. Kyle*, for appellants.

*Edgar P. Herrington, Jr.*, for appellee.

OPINION PER CURIAM, December 6, 1968:

The appeal is dismissed and the record is remitted to the court below for entry of a judgment in favor of the claimant. As so entered, the judgment is affirmed.

---

DISSENTING OPINION BY MONTGOMERY, J.:

I would reverse the decision of the lower court and remand the record to the Workmen's Compensation Board for further hearing and reconsideration. The lower court substituted its finding of fact as to the cause of death of appellee's husband for that of the Board, which it had no right to do. *Zimmiski v. Lehigh Valley Coal Company*, 200 Pa. Superior Ct. 524, 189 A. 2d 897 (1963). Therefore, the judgment in appellee's favor based on that erroneous finding was invalid.

I respectfully dissent.